114 So.2d 168

**Charles TRIMBLE**

v.

**STATE.**

**7 Div. 467.**

Supreme Court of Alabama.

Aug. 13, 1959.

Pilcher & Floyd, Gadsden, for petitioner.

MacDonald Gallion, Atty. Gen., and David W. Clark, Asst. Atty. Gen., opposed.

LAWSON, Justice.

Petition of Charles Trimble for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Trimble v. State, Ala.App., 7 Div. 544, 114 So.2d 164.

Writ denied.

LIVINGSTON, C. J., and STAKELY and MERRILL, JJ., concur.

---

112 So.2d 808

**Lettie Jane TYUS, alias,**

v.

**John EDWARDS.**

**6 Div. 378.**

Supreme Court of Alabama.

March 12, 1959.

Lipscomb & Lipscomb and L. Herbert Etheridge, Bessemer, for appellant.

Edward H. Saunders, Bessemer, for appellee.

STAKELY, Justice.

The appellee having confessed error, the judgment of the lower court is reversed and the cause remanded.

Reversed and remanded.

LIVINGSTON, C. J., and LAWSON and MERRILL, JJ., concur.